# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                    **APPEARANCE**

BHARAT PATEL                                CASE NO.:   17-cr-00164 (JBA)

To the Clerk of this Court and all parties of record:

    Enter my Appearance as counsel in this case for:     BHARAT PATEL

| | |
|---|---|
| Date: May 26,, 2020 | /s/ James Maguire |
| | Signature |
| Bar No.:   ct29355 | James Maguire |
| | Print Name |
| | FEDERAL DEFENDER OFFICE |
| | Firm Name |
| | 265 Church St., Ste. 702 |
| | Address |
| | New Haven,        CT        06510 |
| | City              State     Zip Code |
| | (203) 498-4200 |
| | Phone Number |

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 26, 2020, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ James Maguire
                                          James Maguire